# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133239

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

SC: 133239
COA: 272104
Otsego CC: 05-003403-FH

RICHARD RANKIN ARMSTRONG,
          Defendant-Appellant.

_____/

    On order of the Court, the application for leave to appeal the January 25, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

d0521